UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
Eastern Division

GMR Safety, Inc.
                       Plaintiff,

v.                                                Case No.: 1:24–cv–02024
                                                    Honorable Sunil R. Harjani

Systems, LLC
                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, February 7, 2025:

      MINUTE entry before the Honorable Sunil R. Harjani: Agreed motion to amend scheduling order [76] is granted. The parties will adhere to the schedule outlined in Exhibit 1. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.